IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| USA, | |
|---|---|
| Plaintiffs, | **4:10CB3003** |
| vs. | |
| STEVEN S. WELLS, | **ORDER** |
| Defendants. | |

As requested in the government's motion, (filing no. 44), which is hereby granted,

IT IS ORDERED:

1) The deadline for Defendant to pay his fine is extended to September 5, 2017.

2) If Defendant does not pay his fine by September 5, 2017, he shall appear before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 8:30 a.m. on September 12, 2017.

Dated this 22nd day of June, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge