IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:10CB3003 |
| | Violation NE17 W0900878 |
| vs. | |
| STEVEN S. WELLS, | ORDER |
| Defendant. | |

As requested in the government's motion, (filing no. 46), which is hereby granted),

IT IS ORDERED:

1) The deadline for Defendant to pay his fine is extended to February 28, 2018.

2) If Defendant does not pay his fine by February 28, 2018, he shall appear before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 8:30 a.m. on March 1, 2018.

3) The government shall serve this order on Defendant and shall file a certificate of service identifying the manner and date of such service.

September 11, 2017.

_____
CHERYL R. ZWART
United States Magistrate Judge