IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:10CB3003 |
| vs. | Violation NE17 W0900878 |
| STEVEN S. WELLS, | ORDER |
| Defendant. | |

The government's motion, (filing no. 48), is hereby granted),

IT IS ORDERED:

1) The deadline for Defendant to pay his fine is extended to August 31, 2018.

2) If Defendant does not pay his fine by August 31, 2018, he shall appear before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 8:30 a.m. on September 6, 2018.

3) The government shall serve this order on Defendant and shall file a certificate of service identifying the manner and date of such service.

March 6, 2018.

CHERYL R. ZWART
United States Magistrate Judge